STATE OF CONNECTICUT *v.* HENRY A. McCLAIN

It appearing that there has been no compliance with § 54-95 (a) of the General Statutes, the state's motion to dismiss the defendant's appeal from the Superior Court in New London County is granted.

No appearance for either party.

Decided October 7, 1975

PETER CASCIO NURSERY, INC. *v.* ZONING AND PLANNING COMMISSION OF THE TOWN OF AVON

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Robert C. Hunt, Jr.,* in support of the petition.

*Samuel Bailey, Jr.,* in opposition.

Submitted September 26—decided October 7, 1975

REICHLE CONSTRUCTION, INC. *v.* HERBERT WANZA ET AL.

This court, having considered the defendants' motion to review dated August 29, 1975, directs that the subject matter of that motion be briefed and argued simultaneously with the appeal from the judgment of the Superior Court in Hartford County ordering a prejudgment remedy.

*Arnold E. Buchman,* in support of the motion.